**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**Case Number: 2:22-cv-14263-CANNON**

FAULMAN INVESTMENT LTD.,

Plaintiff,

v.

JACKSON NATIONAL LIFE INSURANCE COMPANY,

Defendant.
_______________________________________/

**JOINT SCHEDULING REPORT**

Pursuant to Federal Rule of Civil Procedure 26(f), Southern District of Florida Local Rule 16.1, and the Court's Order Requiring Joint Scheduling Report, D.E. 7, the Parties, Plaintiff, FAULMAN INVESTMENT LTD, a Florida Limited Liability Partnership, (hereinafter, the "Plaintiff"), and Defendant, JACKSON NATIONAL LIFE INSURANCE COMPANY, a Foreign Corporation, (hereinafter, the "Defendant"), by and through their undersigned attorneys, hereby submit their Joint Scheduling Report.

On August 15, 2022, the Parties conferred in good faith to develop a proposed discovery plan considering those matters set forth in Federal Rule of Civil Procedure 26(f)(1-4) (hereinafter, "Party Conference"). The Parties have agreed that initial disclosures will be made by **August 30 2022**, and the parties have also developed a detailed schedule of discovery. In addition, the Parties request to be placed on a STANDARD TRACK and intend to complete discovery by **March 20, 2023**.

**(A) <u>Likelihood of Settlement:</u>**

At this point, the Parties have not reached a settlement in this case. However, the Parties will discuss settlement throughout this case in good faith and will inform the Court if any settlement is reached as required by the Court's rules.

**(B) <u>Likelihood of Appearance in this Action of Additional Parties:</u>**

At this time, neither Party anticipates joining additional Parties.

**(C) <u>Proposed Limits on Time:</u>**

1. <u>Joinder of Parties and Amendment of Pleadings:</u> The Parties request that any motions to join additional parties, if any, and any motions to amend the pleadings be filed no later than **September 20, 2022.**

2. <u>File and Hear Motions:</u> The Parties request that the Court enter an Order that requires dispositive motions (i.e., motions for judgment on the pleadings, motions for summary judgment, and *Daubert* motions) to be filed by **April 2, 2023**. The Parties further request that the Court enter an Order that requires all pretrial motions and memorandum of law (i.e., motions in limine) to be filed by **May 23, 2023**.

3. <u>Complete Discovery:</u> The Parties request that the Court allow the parties until **March 20, 2023**, to conduct and complete all fact discovery.

4. <u>Expert Discovery</u>: By **December 12**, **2022**, Plaintiff shall disclose the identity of its expert witness(es) and shall produce any expert report(s) required by Fed. R. Civ. P. 26(a)(2). By **January 9, 2023** Defendant shall disclose the identity of its expert witness(es) and shall

produce any expert report(s) required by Fed. R. Civ. P. 26(a)(2). By **January 23, 2023,** the Parties shall disclose the identity of their rebuttal expert witness(es) and exchange rebuttal expert reports required by Fed. R. Civ. P. 26(a)(2). All expert discovery shall be completed by **March 20, 2023**.

**(D) Proposals for Formulation and Simplification of Issues:**

The Parties have no proposals for the formulation or simplification of issues at this time. The Parties will continue to assess the viability of claims and defenses as discovery progresses and will provide notice to the Court of any proposals that arise.

**(E) Amendments to the Pleadings:**

It is unknown at this time whether any amendments will be necessary, but the Parties reserve the right to make any amendments as required pursuant to the limitations imposed by the Federal Rules of Civil Procedure.

**(F) Admissions of Fact and Documents:**

The Parties have not agreed at this time to any admissions of facts or documents. However, the Parties will continue to discuss these issues as discovery progresses and will provide notice to the Court of any proposals that arise out of these discussions.

**(G) Avoidance of Unnecessary Proof and of Cumulative Evidence:**

The Parties have no proposals at this time for the avoidance of unnecessary proof or of cumulative evidence. However, the Parties will continue to discuss proposals for the avoidance

of unnecessary proof or of cumulative evidence and will provide notice to the Court of any agreements that arise out of these discussions.

**(H) Advisability of Referring Matters to a Magistrate Judge or Master:**

The Parties agree to have a Magistrate Judge decide discovery motions and disputes. The Parties do not agree to have a Magistrate Judge decide Motions for costs, attorney's fees, sanctions, dismissal and summary judgment, as well as issue a final order or judgment with respect thereto, at this time.

**(I) Preliminary Estimate of the Time Required for Trial:**

The Parties estimate that trial of this case will take approximately **two (2) days**.

**(J) Requested Dates for Conferences Before Trial, Final Pretrial Conference and Trial:**

The Parties request that the Pretrial Conference be held after **July 20, 2023**, if the Court deems necessary, and that Jury Trial commence on **July 25, 2023**.

**(K) Other Issues:**

None at this time.

**(L) Other Information:**

None.

DATED this 16th day of August, 2022.

Respectfully submitted,

By:/s/ Lewis W. Murphy, Jr.
**Lewis W. Murphy, Jr.**
Florida Bar No. 0909467
wmurphy@murphywalker.com
**Elisa C. Mills**
Florida Bar No. 110763
emills@murphywalker.com
MURPHY & WALKER, P.L.
2001 U.S. Highway 1
Vero Beach, Florida 32960
Telephone: (772)231-1900
Facsimile: (772)231-4387
*Attorneys for Plaintiff, Faulman Investment Ltd.*

**MURPHY & ANDERSON, P.A.**
/s/ Lawton R. Graves
**LAWTON R. GRAVES**
Florida Bar No. 0086935
**MATTHEW W. SILVERSTEIN**
Florida Bar No. 1003147
Murphy & Anderson, P.A.
1501 San Marco Blvd.
Jacksonville, FL 32207
(904) 598-9282 (phone)
lgraves@murphyandersonlaw.com
msilverstein@murphyandersonlaw.com
gherman@murphyandersonlaw.com
*Attorneys for Defendant, Jackson National Life Insurance Company*