UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 2:22-cv-14263-CANNON

FAULMAN INVESTMENT LTD.,

    Plaintiff,

v.

JACKSON NATIONAL LIFE INSURANCE COMPANY,

    Defendant.
_____/

**JOINT PROPOSED SCHEDULING ORDER**

THIS MATTER is set for trial the week of _____.

**(A)   Assignment of Case to Standard Track:**

Pursuant to Local Rule 16.1(a), the parties have proposed and the Court orders that this matter be assigned to a Standard Track as it is anticipated that the case will require two (2) days of trial. Based on the foregoing, the Court further orders that the parties adhere to the following agreed upon schedule:

**(B)   Limitation on Time to Join Additional Parties, Discovery Schedule, and Pre-Trial Schedule:**

| Date | Description |
|---|---|
| August 30, 2022 | Parties exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). Pursuant to S.D. Fla. L.R. 26.1(b), initial disclosures shall not be filed with the Court unless an exception noted in the Local Rules applies. |
| September 20, 2022 | The parties shall file motions to amend the pleadings or join parties. |

*Faulman Investment Ltd. v. Jackson National*
*Life Insurance Company*
*Case No. 2:22-cv-14263*
_____

| | |
|---|---|
| December 12, 2022 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2). |
| January 9, 2023 | The Defendant shall disclose experts, expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2). |
| January 23, 2022 | The Parties shall exchange rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2). |
| March 20, 2023 | The Parties shall complete all discovery, including expert discovery. |
| _____ | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any other basis. |
| _____ | The Parties shall complete mediation and file a mediation report with the Court. |
| _____ | The Parties shall file motions *in limine*. |
| | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Rule 16.1(d) and (e). The Parties shall also file final proposed jury instructions or conclusions of law. |
| _____ | Pretrial Conference |
| _____ | Trial Period Commences |

*Faulman Investment Ltd. v. Jackson National*
*Life Insurance Company*
*Case No. 2:22-cv-14263*
_____

**(C)** **Agreements or Issues to be decided by the Court regarding the preservation, disclosure, and discovery of documents, electronically stored information, or things:**

None

**(D)** **Any agreements the parties reach for asserting claims of privilege or protection of trial preparation material after production:**

None

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this _____ day of _____ 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of Record