UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 2:22-cv-14263-CANNON

FAULMAN INVESTMENT LTD.,

    Plaintiff,

v.

JACKSON NATIONAL LIFE INSURANCE COMPANY,

    Defendant.
_____/

**PLAINTIFF, FAULMAN INVESTMENT LTD.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

The Plaintiff, FAULMAN INVESTMENT LTD., by and through undersigned counsel, provides the following Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and this Court's Order Requiring Joint Scheduling Report and Certificates of Interested Parties, D.E. 7:

1. Identify any parent corporation and any publicly owned corporation owning ten (10) percent or more of stock in FAULMAN INVESTMENT LTD.: **None**.

2. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have a financial interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies owning ten (10) percent or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Murphy & Walker, P.L., *counsel for Plaintiff*
    Lewis W. Murphy, Jr., Esquire, *counsel for Plaintiff*
    Elisa C. Mills, Esquire, *counsel for Plaintiff*
    Faulman Investment Ltd., *Plaintiff*

*Faulman Investment Ltd. v. Jackson National Life*
*Insurance Company*
*Case No. 2:22-cv-14263*
_____

        William Faulman, *partner of Plaintiff*
        Faulman Management Company, *partner of Plaintiff*
        Stella F. Buckley 1999 Trust, *partner of Plaintiff*
        Celeste Ridley-Faulman 1999 Trust, *partner of Plaintiff*
        Chandler J. Faulman 1999 Trust, *partner of Plaintiff*
        Brittany M. Faulman 1999 Trust, *partner of Plaintiff*
        Samuel D. Buckley 2005 Trust, *partner of Plaintiff*
        Savannah G. Faulman 2000 Trust, *partner of Plaintiff*
        Erin E. Faulman, *partner of Plaintiff*
        Tiffani F. Buckley, *partner of Plaintiff*
        Amy Faulman, *partner of Plaintiff*
        Rachel D. Faulman, *partner of Plaintiff*
        Christopher K. Faulman, *partner of Plaintiff*
        Erin Faulman TUW Edsel L. Faulman, *partner of Plaintiff*
        Tristan Faulman TUW Edsel L. Faulman, *partner of Plaintiff*
        Tristan Matthew Faulman Irrevocable Trust, *partner of Plaintiff*
        Noah Jerami Stucchio 2018 Irrevocable Trust, *partner of Plaintiff*
        Michael R. Faulman Trust, *partner of Plaintiff*
        Murphy & Anderson, P.A., *counsel for Defendant*
        Lawton R. Graves, Esquire, *counsel for Defendant*
        Matthew W. Silverstein, Esquire, *counsel for Defendant*
        Jackson National Life Insurance Company, *Defendant*

2)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: **None known to Plaintiff.**

3)    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: **None known to Plaintiff.**

4)    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: **Plaintiff is unaware of**

*Faulman Investment Ltd. v. Jackson National Life Insurance Company*
*Case No. 2:22-cv-14263*
_____

**any alleged victim who may be entitled to restitution; however, Plaintiff claims entitlement to damages in this matter.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  August 16, 2022                                                      Respectfully submitted,

By:     /s/ Lewis W. Murphy, Jr.
**Lewis W. Murphy, Jr.**
Florida Bar No. 0909467
wmurphy@murphywalker.com
**Elisa C. Mills**
Florida Bar No. 110763
emills@murphywalker.com
MURPHY & WALKER, P.L.
*Attorneys for Plaintiff, Faulman Investment Ltd.*
2001 U.S. Highway 1
Vero Beach, Florida  32960
Telephone: (772)231-1900
Facsimile: (772)231-4387

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served, via CM/ECF upon:

**Lawton R. Graves, Esquire and Matthew W. Silverstein, Esquire**, of Murphy & Anderson, P.A., *counsel for the Defendant*, 1501 San Marco Boulevard, Jacksonville, Florida 32207

*Faulman Investment Ltd. v. Jackson National Life*
*Insurance Company*
*Case No. 2:22-cv-14263*
_____


lgraves@murphyandersonlaw.com, msilverstein@murphyandersonlaw.com, and gherman@murphyandersonlaw.com, on this 16th day of August, 2022.

    /s/ Lewis W. Murphy, Jr.
    Lewis W. Murphy, Jr.